An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
                Appellant,

vs.

WASHOE COUNTY; THE STATE OF NEVADA; RENE ROMERO; WASHOE COUNTY CRIME LAB; AND JEFFREY RIOLO,

                Respondents.

No. 69182

**FILED**

DEC 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion for written findings and unsealing court records. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for written findings or unsealing court records. Accordingly we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
      Saitta

_____, J.
      Gibbons

_____, J.
      Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-37490

cc: Hon. Scott N. Freeman, District Judge
Frank Milford Peck
Attorney General/Carson City
Washoe County District Attorney/Civil Division
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A